IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FLOYD BROWN, K53884, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00115-JPG-PMF |
| | ) | |
| SALVADORE GODINEZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 22) of Magistrate Judge Philip M. Frazier with regard to the Plaintiff's Request for Preliminary Injunctive Relief which was construed as a request for a temporary restraining order ("TRO")(Doc. 2). The Plaintiff filed a request for extension of time to file objections (Doc. 32) and was granted additional time. However, neither party filed any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation. As such, The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.

Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 22) and **DENIES** the Plaintiff's Request for Preliminary Injunctive Relief which was construed as a request for a temporary restraining order ("TRO")(Doc. 2).

**IT IS SO ORDERED.**

**DATED:** 5/19/2015

>    *s/J. Phil Gilbert*
>    **J. PHIL GILBERT**
>    **DISTRICT JUDGE**